UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PRIMARY PRODUCTIONS LLC )<br>)<br>    Plaintiffs,             )<br>                                )<br>v.                              )<br>                                )<br>APPLE INC.,                )<br>                                )<br>    Defendant              ) | 2:21-cv-00137-JDL |

**ORDER TO SHOW CAUSE**

Pursuant to Local Rule 7.1, a party is required to file a corporate disclosure statement. Because Plaintiff Primary Productions LLC had not filed a statement, the Court established June 17, 2021, as the deadline for the filing of the statement. As of the date of this Order, Plaintiff has not filed the statement.

Accordingly, on or before July 1, 2021, Plaintiff Primary Productions LLC shall show cause as to why it has not filed the corporate disclosure statement required by Local Rule 7.1.

/s/ John H. Rich III
U.S. Magistrate Judge

Dated this 24th day of June, 2021.