UNITED STATES DISTRICT COURT
FOR THE MAINE DISTRICT

PRIMARY PRODUCTIONS LLC
on behalf of itself and all others similarly situated

    Plaintiff,

vs.

APPLE INC.

    Defendant.

Case: 21-cv-137-JDL

## DISCLOSURE STATEMENT OF PRIMARY PRODUCTIONS, LLC NONGOVERNMENTAL CORPORATION

[This form is to be completed and filed only by parties that are nongovernmental corporations, partnerships, or limited liability companies. Check the appropriate box(es).]

☐     The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

☐     The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

☐     The filing party, a limited liability company (LLC), identifies the following parent corporation and any publicly held corporation that owns 10% or more membership or stock interest in the LLC:

☐     The filing party identifies the following publicly held corporations with which a merger agreement exists.

☒     The filing party has none of the above.

Respectfully submitted, this 30th day of June 2021.

/s/ Keith Mathews
Keith Mathews
NH Bar No. 20997
Associated Attorneys of New England
PO Box 278
Manchester, NH 03105
Ph. 603-622-8100
keith@aaone.law

## CERTIFICATE OF SERVICE

I, Keith Mathews, do declare as follows:

I certify that a copy of the foregoing was delivered electronically through the ECF system to counsel for the Defendants with counsel, and emailed to those without known counsel.

Executed on this 30th day of June 2021.

/s/ Keith Mathews
Keith Mathews
Attorney for Plaintiff