UNITED STATES DISTRICT COURT
District of Maine

Primary Productions LLC )
           Plaintiff(s), )
vs. ) Case No. 21-cv-00137-JDL
  )
Apple Inc. )
           Defendant(s). )

## CERTIFICATION FOR ADMISSION PRO HAC VICE

**The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov. Note: if the E-File Registration Only link is selected instead of the Pro Hac Vice link the request will be rejected.**

I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I represent that the answer to the following questions are complete, true and correct:

1. Name: Rachel S. Brass

2. State bar membership number(s): California (219301)

3. Firm name, address and telephone number:
   Gibson, Dunn & Crutcher LLP
   555 Mission St., San Francisco, CA 94105, 415-393-8200

4. List state and federal courts or bar associations in which you are a member in good standing to practice law:
   California, please see attachment for additional admissions.

5. Name, address and telephone number of associated local counsel:
   Peter Brann
   Brann & Isaacson, 184 Main St., 4th Floor, Lewiston, ME 04243, 207-786-3566

6. Party name(s) entering appearance for:
   Apple Inc.

7. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar associated, grievance committee or administrative body?  ☐ Yes  ☑ No

8. Have any proceedings, which could lead to any such disciplinary actions as described in question 7, been instituted against you by any such bodies?  ☐ Yes  ☑ No
   (You must attach a separate sheet with detailed explanations of Yes answers to Questions 7 or 8.)

9. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court?  ☑ Yes  ☐ No

Dated: 07/01/2021         /s/ Peter J. Brann
                                Signature of Local Counsel

Dated: 06/30/2021         /s/ Rachel S. Brass
                                Signature of Applicant

# RACHEL S. BRASS
(California State Bar No. 219301)

# Jurisdictions / Admissions to Practice

| Jurisdiction/Court | Admitted | Status |
|---|---|---|
| U.S. SUPREME COURT | March 29, 2011 | Active/Good Standing |
| **Federal Appellate Courts** | | |
| U.S. Court of Appeals, Ninth Circuit | July 27, 2004 | Active/Good Standing |
| U.S. Court of Appeals, Third Circuit | July 26, 2007 | Active/Good Standing |
| U.S. Court of Appeals, Fifth Circuit | March 11, 2014 | Active/Good Standing |
| U.S. Court of Appeals, Sixth Circuit | Sept. 26, 2013 | Active/Good Standing |
| U.S. Court of Appeals, Eleventh Circuit | Dec. 17, 2013 | Active/Good Standing |
| U.S. Court of Appeals, D.C. Circuit | June 15, 2017 | Active/Good Standing |
| **Federal Courts** | | |
| U.S. District Court, Northern District of California | December 29, 2003 | Active/Good Standing |
| U.S. District Court, Central District of California | May 22, 2018 | Active/Good Standing |
| U.S. District Court, Eastern District of Michigan | March 26, 2012 | Active/Good Standing |
| U.S. District Court, Eastern District of Wisconsin | March 4, 2020 | Active/Good Standing |
| **State Courts** | | |
| CALIFORNIA SUPREME COURT | May 29, 2002 | Active/Good Standing |