OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, Maine 04101
(207) 780-3356



Margaret Chase Smith Federal
Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401
(207) 945-0575

August 27, 2021

Susan Soong, Clerk
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3489

RE: Primary Productions LLC v. Apple Inc
Civil Docket Number: 2:21-cv-00137-JDL

Dear Clerk Soong:

    On August 13, 2021, the District of Maine electronically transferred the above civil case to your District pursuant to an Order entered by Chief Judge Jon D. Levy on that date. On August 23, 2021 it came to our attention that the case failed to electronically transfer. Since that time, we have been unable to successfully transfer the case electronically.

    Therefore, enclosed please find a certified copy of the docket sheet and case file in paper.

Sincerely,

Christa K. Berry, Clerk

By: *Michele Mitchell*
Michele Mitchell
CM/ECF Administrator

Enc.